IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AS AIR, LLC, a Nebraska limited liability company;<br><br>    Plaintiff,<br><br> vs.<br><br>AAS, INC., a Mississippi corporation; and DUSTIN S. BOURN, an individual,<br><br>    Defendants. | 8:20CV145<br><br>ORDER TO SHOW CAUSE |

  Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

  Plaintiff filed the Complaint on April 17, 2020. (Filing No. 1). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed any return of service indicating service on the defendant AAS, Inc., a waiver of service has not been filed, AAS, Inc. has not entered a voluntary appearance, and Plaintiff has not requested an extension of time to complete service upon AAS, Inc. Accordingly,

  **IT IS ORDERED** that Plaintiff shall have until **August 13, 2020,** to show cause why this case should not be dismissed as to defendant AAS, Inc. pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action as to AAS, Inc. without further notice.

  Dated this 29th day of July, 2020.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge