IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AS AIR, LLC, a Nebraska limited liability company;<br><br>                   Plaintiff,<br><br>      vs.<br><br>AAS, INC., a Mississippi corporation; and DUSTIN S. BOURN, an individual,<br><br>                   Defendants. | 8:20CV145<br><br>FINDINGS AND RECOMMENDATION |

Plaintiff filed the Complaint on April 17, 2020. (Filing No. 1). Based on the record before the Court, it appeared that Plaintiff failed to serve defendant AAS, Inc. with notice of this lawsuit. Accordingly, on July 29, 2020, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed as to defendant AAS, Inc. pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve that defendant. (Filing No. 12). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action as to defendant AAS, Inc. without further notice. The deadline to respond to the show cause order was August 13, 2020.

Plaintiff did not respond to the show cause order. There is still no indication that defendant AAS, Inc. has been served and received notice of this lawsuit. Plaintiff did not file any return of service or waiver indicating service was perfected on AAS, Inc., and AAS, Inc. has not entered a voluntary appearance. Plaintiff has not requested an extension of the service deadline or otherwise offered the Court any explanation as to why AAS, Inc. was not served, despite being providing with an opportunity to do so in the Court's show cause order. Plaintiff was responsible for having the summons and complaint served within the time allowed by Rule 4(m) and failed to do so in this case. Accordingly,

**IT IS HEREBY RECOMMENDED** to the Honorable Robert F. Rossiter, Jr., United States District Court Judge, that the above-captioned case be dismissed as to defendant AAS, Inc. for failure of service pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 17th August, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

**ADMONITION**

    A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.